JANET S. BAER

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARD SURFACE CONTRACTORS LLC, | § | Case No. 15-16457 |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/08/2015 . The undersigned trustee was appointed on 05/08/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    40,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 21.63 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 39,978.37 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/13/2015  and the deadline for filing governmental claims was  11/04/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,750.00 , for a total compensation of $ 4,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/12/2016                By:/s/PHILIP V. MARTINO
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-16457 | JSB | Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | HARD SURFACE CONTRACTORS LLC, | | | Date Filed (f) or Converted (c): | 05/08/15 (f) |
| | | | | 341(a) Meeting Date: | 07/01/15 |
| For Period Ending: | 05/12/16 | | | Claims Bar Date: | 10/13/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. CHASE CHECKING ACCOUNT | 2,019.25 | 0.00 | | 0.00 | FA |
| 2. HARD SURFACE SOLUTIONS, INC. | 105,000.00 | 0.00 | | 0.00 | FA |
| 3. 2001 DYNAWELD TRAILER | 2,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 4. 2008 FELLING TRAILER | 1,500.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 5. 2010 REDI HAUL TRAILER | 2,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 6. 2007 MACK DUMPTRUCK | 55,000.00 | 2,857.18 | | 2,857.18 | FA |
| $4,500 returned to party who withdrew from auction. | | | | | |
| $40,00 paid for all 14 vehicles. | | | | | |
| 7. 2011 FORD PICKUP TRUCK #50 | 32,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 8. 2011 FORD PICKUP TRUCK #53 | 35,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 9. LEEBOY PAVER (CASEY EQUIPMENT) | 35,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 10. LEEBOY SPEC ENGINE | 15,992.00 | 2,857.14 | | 2,857.14 | FA |
| 11. SAKAI SW320 ROLLER | 20,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 12. WACKER RD11A/RD12A ROLLER | 1,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 13. 40" HIGH FLOW PLANER | 12,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 14. P/U BROOM FOR CASE | 3,000.00 | 2,857.14 | | 2,857.14 | FA |
| 15. CONCRETE BREAKER FOR A SKIDSTEER | 3,000.00 | 2,857.14 | | 2,857.14 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                 Ver: 19.06a

**Form 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 15-16457    JSB    Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | HARD SURFACE CONTRACTORS LLC, | Date Filed (f) or Converted (c): | 05/08/15 (f) |
| | | 341(a) Meeting Date: | 07/01/15 |
| | | Claims Bar Date: | 10/13/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $40,00 paid for all 14 vehicles.<br>16. 2010 FORD F250 P/U TRUCK<br>$40,00 paid for all 14 vehicles. | 12,000.00 | 2,857.14 | | 2,857.14 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $336,511.25 | $40,000.00 | | $40,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/11/2016 All unencumbered assets have been sold. Motions to allow unscheduled/late priority claims continued to May 9.
Trustee does not oppose this relief. TFR submitted to U.S. Trustee 4/11/16.

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 06/30/16

      /s/    PHILIP V. MARTINO
_____ Date: 05/12/16
      PHILIP V. MARTINO

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-16457 -JSB | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | HARD SURFACE CONTRACTORS LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0042 Checking Account |
| Taxpayer ID No: | *******4304 | | | |
| For Period Ending: | 05/12/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 12/03/15 | 6 | Quarles & Brady<br>Operating Account<br><br>QUARLES & BRADY | Moneys received for purchase<br><br>Memo Amount: 44,500.00<br>Moneys received for purchase | 1129-000 | 44,500.00 | | 44,500.00 |
| C 12/03/15 | 005001 | Gracewell Contracting Corporation | Return of Deposit for Auction<br>Withdrew from auction | 1129-000 | | 4,500.00 | 40,000.00 |
| C 03/03/16 | 005002 | Adams-Levine<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Pro Rata Share Bond #BSBGR6291 | 2300-000 | | 21.63 | 39,978.37 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 44,500.00 | COLUMN TOTALS | 44,500.00 | 4,521.63 | 39,978.37 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| * Reversed | | | Subtotal | 44,500.00 | 4,521.63 | |
| t Funds Transfer | Memo Allocation Net: | 44,500.00 | Less: Payments to Debtors | | 0.00 | |
| C Bank Cleared | | | Net | 44,500.00 | 4,521.63 | |
| | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 44,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account - ********0042 | 44,500.00 | 4,521.63 | 39,978.37 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 44,500.00 | | 44,500.00 | 4,521.63 | 39,978.37 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     44,500.00     4,521.63

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 5)                                              Ver: 19.06a

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 12, 2016 |

Case Number: 15-16457  
Debtor Name: HARD SURFACE CONTRACTORS LLC,  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Quarles & Brady LLP | Administrative | | $21,347.50 | $0.00 | $21,347.50 |
| 001 3410-00 | Popowcer Katten | Administrative | | $1,017.00 | $0.00 | $1,017.00 |
| 001 2100-00 | Philip V. Martino, Trustee | Administrative | | $4,750.00 | $0.00 | $4,750.00 |
| 040 5400-00 | MIDWEST OPERATING ENGINEERS WELFARE FUND INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD COUNTRYSIDE, IL 60525 | Priority | Court Order DKT 60 allows claim as timely filed. | $36,058.37 | $0.00 | $36,058.37 |
| 040 5400-00 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD COUNTRYSIDE, IL 60525 | Priority | Claim allowed as timely filed by court order DKT 60. | $22,246.53 | $0.00 | $22,246.53 |
| 040 5400-00 | LOCAL 150 IUOE VACATION SAVINGS PLAN INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD COUNTRYSIDE, IL 60525 | Priority | Allowed as timely filed by court order DKT 60 | $2,433.20 | $0.00 | $2,433.20 |
| 040 5400-00 | MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT FUND INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD COUNTRYSIDE, IL 60525 | Priority | Allowed as timely filed pursuant to court order DKT 60 | $2,635.88 | $0.00 | $2,635.88 |
| 040 5400-00 | OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND Institute for Worker Welfare, P.C. 6141 Joliet Road Countryside, IL 60525 | Priority | Alllowed as timely filed by court order DKT 60 | $2,635.88 | $0.00 | $2,635.88 |
| 040 5300-00 | INTERNAT'L UNION OF OPERATING ENGINEERS LOCAL 150, AFL-CIO Institute for Worker Welfare, P.C. 6141 Joliet Road Countryside, IL 60525 | Priority | Claim allowed as timely filed by court order DKT 60. | $1,088.64 | $0.00 | $1,088.64 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 12, 2016 |

Case Number: 15-16457  
Debtor Name: HARD SURFACE CONTRACTORS LLC,  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001A<br>040<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Priority | | $172,934.07 | $0.00 | $172,934.07 |
| 000002A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 | Priority | | $5,527.93 | $0.00 | $5,527.93 |
| 000004A<br>040<br>5800-00 | Wisconsin Department of Revenue<br>Special Processing Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Priority | | $1,148.78 | $0.00 | $1,148.78 |
| 000007A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 S. State Street 10th Fl Bkry Unit<br>Chicago, IN 60603 | Priority | | $7,077.91 | $0.00 | $7,077.91 |
| 00006A<br>030<br>5400-00 | Laborers' Pension & Health & Welfare | Priority | | $44,149.36 | $0.00 | $44,149.36 |
| 070<br>7100-00 | MIDWEST OPERATING ENGINEERS WELFARE FUND<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, IL 60525 | Unsecured | Unsecured portion of Contributions to Employee Benefit claim. | $15,869.43 | $0.00 | $15,869.43 |
| 070<br>7100-00 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, IL 60525 | Unsecured | Unsecured portion of Contributions to employee benefit claim. | $9,812.31 | $0.00 | $9,812.31 |
| 070<br>7100-00 | LOCAL 150 IUOE VACATION SAVINGS PLAN<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, IL 60525 | Unsecured | Unsecured portion of ocal 150 Contribution to Employee Benefit claim allowed by Court Order DKT 60. | $63.37 | $0.00 | $63.37 |
| 070<br>7100-00 | MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT FUND<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, IL 60525 | Unsecured | Unsecured portion of Contribution to Employee Benefit claim. | $1,269.17 | $0.00 | $1,269.17 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 12, 2016 |

Case Number:    15-16457
Debtor Name:    HARD SURFACE CONTRACTORS LLC,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 070<br>7100-00 | OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND<br>Institute for Worker Welfare, P.C.<br>6141 Joliet Road<br>Countryside, IL  60525 | Unsecured | Unsecured portion of Contributions to Employee Benefits claim | $1,157.14 | $0.00 | $1,157.14 |
| 070<br>7100-00 | CONSTRUCTION INDUSTRY RESEARCH AND SERVICE TRUST FUND<br>Institute for Worker Welfare, P.C.<br>6141 Joliet Road<br>Countryside, IL  60525 | Unsecured | Claim allowed as timely filed by court order DKT 60. | $1,617.12 | $0.00 | $1,617.12 |
| 000001B<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317 | Unsecured | | $19,864.76 | $0.00 | $19,864.76 |
| 000002B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Department<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Unsecured | | $698.51 | $0.00 | $698.51 |
| 000003<br>070<br>7100-00 | Law Office of Jeffrey E. Crane, LLC<br>attn: Jeffrey E. Crane<br>1363 Shermer Rd., Suite 222<br>Northbrook, IL 60062 | Unsecured | | $22,465.00 | $0.00 | $22,465.00 |
| 000004B<br>070<br>7100-00 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI  53708-8901 | Unsecured | | $155.00 | $0.00 | $155.00 |
| 000005<br>070<br>7100-00 | Western National Mutual Insurance Company<br>5350 West 78th Street<br>Edina, MN 55439 | Unsecured | | $4,844.49 | $0.00 | $4,844.49 |
| 000006<br>070<br>7100-00 | Laborers' Pension and Health and Welfare Funds<br>Patrick T. Wallace<br>Office of Fund Counsel<br>111 W. Jackson Blvd., Suite 1415<br>Chicago, IL 60604 | Unsecured | | $39,754.83 | $0.00 | $39,754.83 |
| 000007B<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 S. State Street 10th Fl Bkry Unit<br>Chicago, IN 60603 | Unsecured | | $100.00 | $0.00 | $100.00 |
| | Case Totals: | | | $442,722.18 | $0.00 | $442,722.18 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-16457
Case Name: HARD SURFACE CONTRACTORS LLC,
Trustee Name: PHILIP V. MARTINO

Balance on hand $ 39,978.37

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 21,107.50 | $ 0.00 | $ 21,107.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 240.00 | $ 0.00 | $ 240.00 |
| Accountant for Trustee Fees: Popowcer Katten | $ 1,017.00 | $ 0.00 | $ 1,017.00 |

Total to be paid for chapter 7 administrative expenses   $ 27,114.50
Remaining Balance   $ 12,863.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 297,936.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 172,934.07 | $ 0.00 | $ 0.00 |
| 000002A | Illinois Department of Revenue | $ 5,527.93 | $ 0.00 | $ 0.00 |
| 000004A | Wisconsin Department of Revenue | $ 1,148.78 | $ 0.00 | $ 0.00 |
| 000007A | Illinois Department of Employment | $ 7,077.91 | $ 0.00 | $ 0.00 |
| 00006A | Laborers' Pension & Health & Welfare | $ 44,149.36 | $ 0.00 | $ 12,863.87 |
|  | MIDWEST OPERATING ENGINEERS WELFARE FUND | $ 36,058.37 | $ 0.00 | $ 0.00 |
|  | MIDWEST OPERATING ENGINEERS PENSION | $ 22,246.53 | $ 0.00 | $ 0.00 |
|  | LOCAL 150 IUOE VACATION SAVINGS PLAN | $ 2,433.20 | $ 0.00 | $ 0.00 |
|  | MIDWEST OPERATING ENGINEERS RETIREMENT | $ 2,635.88 | $ 0.00 | $ 0.00 |
|  | OPERATING ENGINEERS LOCAL 150 | $ 2,635.88 | $ 0.00 | $ 0.00 |
|  | INTERNAT'L UNION OF OPERATING ENGINEERS | $ 1,088.64 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $            12,863.87

Remaining Balance                         $                0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,671.13  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Law Office of Jeffrey E. Crane, LLC | $ 22,465.00 | $ 0.00 | $ 0.00 |
| 000005 | Western National Mutual Insurance | $ 4,844.49 | $ 0.00 | $ 0.00 |
| 000006 | Laborers' Pension and Health and | $ 39,754.83 | $ 0.00 | $ 0.00 |
| 000007B | Illinois Department of Employment | $ 100.00 | $ 0.00 | $ 0.00 |
| 000001B | Internal Revenue Service | $ 19,864.76 | $ 0.00 | $ 0.00 |
| 000002B | Illinois Department of Revenue | $ 698.51 | $ 0.00 | $ 0.00 |
| 000004B | Wisconsin Department of Revenue | $ 155.00 | $ 0.00 | $ 0.00 |
| | MIDWEST OPERATING ENGINEERS WELFARE FUND | $ 15,869.43 | $ 0.00 | $ 0.00 |
| | MIDWEST OPERATING ENGINEERS PENSION | $ 9,812.31 | $ 0.00 | $ 0.00 |
| | LOCAL 150 IUOE VACATION SAVINGS PLAN | $ 63.37 | $ 0.00 | $ 0.00 |
| | MIDWEST OPERATING ENGINEERS RETIREMENT | $ 1,269.17 | $ 0.00 | $ 0.00 |
| | OPERATING ENGINEERS LOCAL 150 | $ 1,157.14 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | CONSTRUCTION INDUSTRY RESEARCH AND | $ 1,617.12 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE