**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| **HARD SURFACE CONTRACTORS, LLC** | ) | Case No. 15-16457 |
| | ) | |
| **Debtor.** | ) | Honorable Janet S. Baer |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF HARD SURFACE CONTRACTORS, LLC**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $21,107.50 for 41.6 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from June 8, 2015, to the present.  In addition, Q&B requests reimbursement for necessary costs in the amount of $240.00.

In support of this Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1. On May 8, 2015, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2. The 341 meeting was held on July 1, 2015.

3. Trustee filed his initial report of assets on July 9, 2015.

4. Debtor's Schedule B listed 14 pieces of heavy machinery used in the business.

5. Debtor provided Trustee with titles for 8 of the 14 vehicles.

6. Trustee instructed Q&B to prepare a motion to sell the 8 vehicles for which he possessed titles for and a ninth vehicle that was included on Debtor's Schedule B.

7. On June 30, 2015, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to June 8, 2015.

8. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

9. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on June 8, 2015. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

10. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel, the motion to retain Lois West of Popowcer Katten as account for Trustee; prepared this motion for fees and costs and the motion for fees and costs for the accountant. In connection with the foregoing, Q&B expended 4.3 hours (including 1 hour of estimated time to prepare and finalize the two fee applications and attend court regarding same) for which it requests compensation of $1,509.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.2 |
| Sarah K. Baker | 1.0 |
| Colleen A. Greer | 2.1 |

2

## B. ASSETS

11.     Per Debtor's Schedule B, Debtor owned 14 heavy duty equipment machines, including 8 vehicles that Debtor was able to provide titles for and a ninth vehicle that would be included in a sale ("**Vehicles**").  A creditor (Hard Surface Solutions, Inc.)--which sold the business including the Vehicles to Debtor--asserted a security interest in the Vehicles, despite no lien being lodged on the titles.  That creditor buttressed its claim by a replevin order entered on the eve of the instant bankruptcy.  Needless to say, these claims substantially complicated the liquidation of the estate's interest in the Vehicles.

12.     Q&B filed a motion to sell the Vehicles for $40,000.00 to the vendor/creditor.  Prior to the hearing, a second party indicated an interest in the Vehicles and Trustee set a time to auction the Vehicles to the highest bidder.

13.     On November 4, 2015, an auction was held at 3:00 pm Central Time.  The second party failed to appear at the auction and the original bid of $40,000.00 was accepted and the Vehicles were sold to Hard Surface Solutions, Inc.

14.     On November 4, 2015, at or around 4:00 pm Central Time, the second bidder contacted Trustee, pleading a miscommunication over time for the auction to have been held.  Trustee asked this Court for guidance regarding how to proceed in light of the (ill fated) auction and an objection to the sale (really to the auction) filed by the initial bidder/vendor/creditor.

15.     The hearing for motion to sell the Vehicles was continued to November 10, 2015 to afford Trustee an opportunity to respond to the objection

16.     At the November 10, 2015 hearing, this Court entered an order allowing for the sale of the Vehicles to Hard Surface Solutions, Inc. for the original bid of $40,000.00.

QB\37927294.1

17. In connection with the foregoing, Q&B expended 36.7 hours for which it requests compensation of $19,220.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | 1.3 |
| Christopher Combest | 32.8 |
| Thanhan Nguyen | 2.6 |

### C.  CLAIMS

18. Claim No. 6, filed by Laborers' Pension and Health and Welfare Funds, was originally filed as a secured claim in the amount of $83,904.19. Q&B worked with the creditor to prevent having to file an objection to the claim. Claim No. 6 was voluntarily amended to reflect an unsecured claim of $39,754.83 and a priority claim of $44,149.36.

19. In connection with the foregoing, Q&B expended .6 hours for which it requests compensation of $378.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3).** The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Philip V. Martino | .6 |

### II.  STATEMENT OF LEGAL SERVICES AND EXPENSES

20. Since June 8, 2015, Q&B has devoted 41.6 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $21,107.50.

4

QB\37927294.1

21. In addition, Q&B requests reimbursement for necessary costs in the amount of $240.00 for title fee for one vehicle ($125) and Illinois Vehicle Use Tax ($115).

22. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

23. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $21,107.50 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of actual and necessary costs of $240.00; and

C. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
       Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000

QB\37927294.1



| | |
|---|---|
| 101 East Kennedy Boulevard<br>Suite 3400<br>Tampa, FL 33602-5195<br>Tel. 414.277.5000<br>Fax 414.271.3552<br>www.quarles.com | Attorneys at Law in:<br>Chicago, Illinois<br>Indianapolis, Indiana<br>Madison and Milwaukee, Wisconsin<br>Naples and Tampa, Florida<br>Phoenix, Scottsdale and Tucson, Arizona<br>Washington, DC |

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2145533
Invoice Date:     April 11, 2016

Privileged & Confidential

Hard Surface Contractors LLC, Philip V. Martino
Quarles & Brady LLP
300 N LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through April 11, 2016
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 158000.00003

| | | |
|---|---|---:|
| Current Fees: | $ | 879.50 |
| Current Total Due: | $ | 879.50 |
| **TOTAL AMOUNT DUE:** | **$** | **879.50** |

Exhibit A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Hard Surface Contractors LLC, Philip V. Martino as chapter 7 Trustee for
RE: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 158000.00003

April 11, 2016

Invoice Number: 2145533
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/09/15 | Review conflicts search results for connections to be disclosed. | PMARTINO | 0.20 |
| 06/09/15 | Prepare draft of motion to employ Quarles & Brady as counsel for Trustee (.5) and Lois West as accountant (.5). | CGREER | 1.00 |
| 06/10/15 | Revise retention applications and declarations in support. | SBAKER | 1.00 |
| 12/30/15 | Prepare draft motions for compensation for Quarles & Brady (.5), accountant (.5), and Trustee (.1). | CGREER | 1.10 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.20 | 630.00 | 126.00 |
| SBAKER | Sarah K. Baker | 1.00 | 375.00 | 375.00 |
| CGREER | Colleen A. Greer | 2.10 | 180.24 | 378.50 |
| Total | | 3.30 | | 879.50 |

Total Fees:  $  879.50



301 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com  

Attorneys at Law in:  
Chicago, Illinois  
Indianapolis, Indiana  
Madison and Milwaukee, Wisconsin  
Naples and Tampa, Florida  
Phoenix, Scottsdale and Tucson, Arizona  
Washington, DC  

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2145531  
Invoice Date:     April 11, 2016

Privileged & Confidential

Hard Surface Contractors LLC, Philip V. Martino  
Quarles & Brady LLP  
300 N LaSalle Street  
Chicago, IL 60654  

For Professional Services Rendered Through April 11, 2016  
Re: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 158000.00005  

|  |  |  |
|---|---|---|
| Current Fees: | $ | 19,220.00 |
| Current Total Due: | $ | 19,220.00 |
| **TOTAL AMOUNT DUE:** | **$** | **19,220.00** |

Exhibit A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Hard Surface Contractors LLC, Philip V. Martino as chapter 7 Trustee for  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 158000.00005

April 11, 2016  
Invoice Number: 2145531  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/08/15 | Emails regarding replevin suit and evidence of perfection on title (.5); emails to/from Baker regarding same and sale motion (.2). | PMARTINO | 0.70 |
| 10/05/15 | Draft Sale Motion for titled vehicles (trucks and trailers). | TNGUYEN1 | 2.00 |
| 10/09/15 | Draft proposed order. | TNGUYEN1 | 0.60 |
| 10/09/15 | Revise vehicle sale motion (.5); review and revise sale order (.1). | PMARTINO | 0.60 |
| 11/02/15 | Conferences with Trustee P. Martino re 11-5 sale hearing, 11-4 auction, and sale order (.3); review motion and related correspondence re sale hearing and auction in preparation for both (1.7); | CCOMBEST | 2.00 |
| 11/03/15 | Revisions to sale order to take account of 11-4 auction sale and related matters (2.8); confer with Trustee re same (.4); review letter from counsel to Hard Surface Solutions re auction (.2); confer with Trustee re same (.1). | CCOMBEST | 3.50 |
| 11/04/15 | Review prior correspondence and relevant pleadings re assertions in Hard Surface Solutions (HSS) 11-3 letter to Trustee (.5); confer with Trustee re same (.3); draft letter in response to counsel for HSS, with emphasis on auction sale, hearing, and automatic stay issues (1.0); conferences with Trustee re auction procedures, sale hearing, and strategy re same (.6); prepare for and attend telephonic auction (1.4); post-auction communications with HSS (.2); confer with Trustee re Gracewell communications re re-opening auction (.2); prepare for sale hearing (.3). | CCOMBEST | 4.50 |
| 11/05/15 | Communicate with interested parties re rescheduling of motion to sell vehicles (.3); multiple calls with chambers re same and re erroneous striking of motion (.4); confer with Trustee re same (.3); revise notice of motion to amend for rescheduled hearing (.7); confer with Trustee re reopening of auction (.3). | CCOMBEST | 2.00 |
| 11/06/15 | Evaluate issues re auction and sale motion in light of communications from both interested parties (.4); confer with and make recommendations to Trustee re same (.6). | CCOMBEST | 1.00 |

Hard Surface Contractors LLC, Philip V. Martino as chapter 7 Trustee for  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 158000.00005

April 11, 2016  
Invoice Number: 2145531  
Page 3

| Date | Description | Professional | Hours |
| --- | --- | --- | --- |
| 11/09/15 | Confer with Trustee re 11-10 hearing on sale motion and related matters (.3); e-mail to potential bidders for assets re 11-10 hearing and re Trustee's expectations on auction (.5); review correspondence among Trustee and bidders re varying positions regarding auctions (.2); prepare for 11-10 hearing (1.0). | CCOMBEST | 2.00 |
| 11/10/15 | Prepare for and attend hearing on sale motion (1.5); meeting with Trustee and counsel for HSS re resolution of sale motion (.7); review objection to auction filed today by HSS and voluminous exhibits and related papers (1.0); confer with Trustee re response to same (.1); analyze issues raised by objection regarding ownership, replevin action, conflicting assertions of security interest and ownership interest (1.0); outline reply to objections (.7). | CCOMBEST | 5.00 |
| 11/11/15 | Analysis and outlining of reply to Objection of HSS re motion to auction estate assets. | CCOMBEST | 1.20 |
| 11/14/15 | Drafting reply to objection of HSS to sale motion. | CCOMBEST | 0.30 |
| 11/16/15 | Draft reply brief in support of sale motion and in opposition to Hard Surface Solutions' objection seeking order requiring sale to HSS. | CCOMBEST | 2.20 |
| 11/17/15 | Draft reply to HSS objection to Trustee's sale motion, including consideration of exhibits and scope of relief requested (3.8); confer with Trustee re same (.1). | CCOMBEST | 3.90 |
| 11/18/15 | Exchange e-mails with B. Rooney (counsel to potential bidder) re status of sale motion and auction (.3); confer with Trustee re same (.1). | CCOMBEST | 0.40 |
| 11/20/15 | Confer with Trustee and his assistant re arrangements for potential auction after 11-24 hearing on Sale Motion. | CCOMBEST | 0.20 |
| 11/23/15 | Confer with Trustee re 11-24 hearing and auction process (.3); revise auction sale order (.2); prepare for hearing (.3). | CCOMBEST | 0.80 |
| 11/24/15 | Prepare for and attend hearing (2 sessions) on sale motion (2.0); confer with bidders individually re same (.3); multiple conferences with Trustee re judge's guidance, bidders' positions, and closing of transaction (.4); oversee closing (.3); confer with counsel and with CFO of Hard Surface Solutions re closing matters (.4); letter and e-mails to HSS counsel and Trustee re completion of closing transactions (.4). | CCOMBEST | 3.80 |

Hard Surface Contractors LLC, Philip V. Martino as chapter 7 Trustee for  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 158000.00005  

April 11, 2016  
Invoice Number: 2145531  
Page 4  

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 1.30 | 630.00 | 819.00 |
| CCOMBEST | Christopher Combest | 32.80 | 540.00 | 17,712.00 |
| TNGUYEN1 | Thanhan Nguyen | 2.60 | 265.00 | 689.00 |
| Total | | 36.70 | | 19,220.00 |

Total Fees:   $   19,220.00

**Quarles & Brady LLP**

101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix, Scottsdale and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:  2145532
Invoice Date:    April 11, 2016

Privileged & Confidential

Hard Surface Contractors LLC, Philip V. Martino
Quarles & Brady LLP
300 N LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through April 11, 2016
Re: Claims Chapter 7 Bankruptcy
Q & B Matter Number: 158000.00004

|                        |              |
|------------------------|-------------:|
| Current Fees:          | $   378.00   |
| Current Total Due:     | $   378.00   |
| **TOTAL AMOUNT DUE:**  | **$   378.00** |

Exhibit A(3)

**INVOICE IS PAYABLE UPON RECEIPT**

Hard Surface Contractors LLC, Philip V. Martino as chapter 7 Trustee for  
RE: Claims Chapter 7 Bankruptcy  
Q & B Matter Number: 158000.00004

April 11, 2016

Invoice Number: 2145532  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 12/16/15 | Calls to/from and conference with Attorney Wallag (Pension Plan) regarding objection to secured claim. | PMARTINO | 0.20 |
| 12/30/15 | Calls to and conference with Attorney Wallace regarding objection to amended priority claim as benefits accrued more than 1800 days pre-petition. | PMARTINO | 0.20 |
| 03/15/16 | Review motion to allow late claim (.1); email to An not to oppose (.1). | PMARTINO | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.60 | 630.00 | 378.00 |
| Total | | 0.60 | | 378.00 |

Total Fees:     $     378.00

**Quarles & Brady** LLP

301 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix, Scottsdale and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 2145530
Invoice Date: April 11, 2016

Privileged & Confidential

Hard Surface Contractors LLC, Philip V. Martino
Quarles & Brady LLP
300 N LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through April 11, 2016
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 158000.00006

| | |
|---|---|
| Current Disbursements: | $ 240.00 |
| Current Total Due: | $ 240.00 |
| **TOTAL AMOUNT DUE:** | **$ 240.00** |

Exhibit B

**INVOICE IS PAYABLE UPON RECEIPT**

Hard Surface Contractors LLC, Philip V. Martino as chapter 7 Trustee for  
RE: General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 158000.00006

April 11, 2016  
Invoice Number: 2145530  
Page 2

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 11/02/15 | Illinois Secretary of State Title Fee | $ | 125.00 |
| 11/02/15 | Illinois Department of Revenue Private Party Vehicle Use Tax | | 115.00 |
| | Total Disbursements: | $ | 240.00 |
| | Total Fees and Disbursements: | $ | 240.00 |

# BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; since fiscal year 2014 his hourly billing rate has been $630.00.

**Christopher Combest** is a partner practicing in Q&B's Bankruptcy and Creditors' Rights Group. He received his B.A. (*summa cum laude*) from Yale College in 1982, his M.F.A. from the University of Washington in 1985, and his J.D. from Yale Law School in 1994. He is a member of the Illinois Bar. Mr. Combest's hourly billing rate for FY 2015 is $540.00.

**Sarah K. Baker** was an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her hourly billing rate for fiscal year 2013 was $345.00; 2014 fiscal year is $365.00; and her billing rate for the 2015 fiscal year was $375.00.

**Thanhan Nguyen** is an associate in the Q&B Restructuring, Bankruptcy & Creditors' Rights Group. H received his B.S. (*magna cum laude*) from University of Texas at Dallas in 2011 and his J.D. (*magna cum laude*) from University of Illinois College of Law in 2015. Mr. Nguyen is a member of the Illinois Bar. His hourly billing rate for fiscal year 2016 is $265.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years. Her hourly billing rate is $175.00.

Exhibit C

**STATE OF ILLINOIS** )
) SS
**COUNTY OF COOK** )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\37927294.1                                                      Exhibit D

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.