UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 15-16457 |
| **HARD SURFACE CONTRACTORS, LLC**, | ) | Judge Janet S. Baer |
| | ) | |
| Debtors. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION OF FEES OF
POPOWCER KATTEN, LTD., ACCOUNTANTS**

Trustee, Philip V. Martino, through his attorneys, moves this Court pursuant to 11 U.S.C. § 330, for authority to pay $1,017.00 to Popowcer Katten, Ltd. ("**Popowcer**") for 4.0 hours of services rendered.

In support of this First and Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On May 8, 2015Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case.

2. The Meeting of Creditors was held on July 1, 2015.

3. Debtor's Schedule B listed 14 pieces of heavy machinery used in the business.

4. Debtor provided Trustee with titles for 8 of the 14 vehicles.

5. On June 30, 2015, this Court entered an order allowing Trustee to retain Lois West and Popowcer Katten, Ltd. as his accountants.

6. The Trustee currently holds approximately $40,000.00 in his account for this estate.

7. All professional services for which compensation is requested herein were performed by Popowcer and on behalf of the Trustee and not for or on behalf of any creditor or any other person.  Popowcer reviewed tax reports from Debtor and prepared a letter to Debtor's principal

regarding the tax obligations of Hard Surface Contractors LLC . An itemized breakdown of services rendered is attached as **Exhibit A**.

8. This is Popowcer's first and final fee application.

**WHEREFORE**, Philip V. Martino, as Trustee, requests the entry of an order:

A. Authorizing to Popowcer compensation in this bankruptcy proceeding in the amount of $1,017.00 for 4.0 hours of services rendered.

B. Authorizing and directing Trustee to remit payment to Popowcer in the amount requested above; and

D. For such other and further relief as this Court may deem equitable and just.

           Respectfully submitted,

           **PHILIP V. MARTINO, as Trustee**

           By: /s/ Philip V. Martino
               Philip V. Martino, Trustee

Philip V. Martino
Sarah K. Baker
**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000



**Invoice No.** 28611

**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Hard Surface Contractors LLC  (15-16457)
- c/o Philip Martino, Trustee
- Quarles & Brady
- 300 N. LaSalle Street, Suite 4000
- Chicago, IL 60654

**Date:** April 8, 2016                **Account No.:** MAW15057L

For Professional Services Rendered:

For tax services rendered for the period June 30, 2015 through April 8, 2016 including preparation of a 2015 tax letter to sole member of the LLC.

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | .6 | $250. | $ 150.00 |
| L. West | Bankruptcy Specialist | 3.4 | 255. | 867.00 |
|  | Total: | 4.0 |  | $ 1,017.00 |

**HARD SURFACE CONTRACTORS, LLC (15-16457)**

## Time Sort by Date

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 6/30/2015 | Tax Services - Review email forwarded from trustee re: offer to purchase assets of estate. Review Replevin order and list of assets attached to order. | 0.3 | L. West | $250 | 75.00 |
| 11/20/2015 | Tax Services - Phone call with C. Greer re: type of entity and request prior tax returns and depreciation information from debtor. | 0.3 | L. West | $250 | 75.00 |
| 1/5/2016 | Tax Services - Review bankruptcy schedules and determine type of entity (single member vs. multiple members)  Discuss tax filing obligation of trustee. | 0.5 | L. West | $255 | 127.50 |
| 1/22/2016 | Tax Services - Received email from C. Greer re: Schedule C tax filing from LLC.  Review tax schedule and phone call with C. Greer re: tax reporting obligation of trustee. | 0.4 | L. West | $255 | 102.00 |
| 4/8/2016 | Tax Services - Draft letter to Mr. Jackson re: tax reporting obligations of Hard Surface Contractors LLC and provide schedule of 2015 cash receipts & disbursements and anticipated disbursements to be made in 2016.. | 2.5 | L. West | $255 | 637.50 |
| | | **4.0** | | | **1,017.00** |

1