**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 15-16457 |
| **HARD SURFACE CONTRACTORS LLC** | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

Philip V. Martino, Trustee, certifies that on May 13, 2016, he caused the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object*, to be served by operation of the Court's electronic filing system to all ECF recipients registered in this case.

- Scott R Clar   sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- Rodger Clarke   rlclarkeesq@aol.com
- Jeanne M Hoffmann   jhoffmann@bdlfirm.com, hchan@bdlfirm.com
- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
- John A Lipinsky   lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com;patel@ccmlawyer.com;kirkwood@ccmlawyer.com
- Tina Marie Paries   tparies@bdlfirm.com, ksuwinski@bdlfirm.com
- Patrick T. Wallace   wallace.patrick@gmail.com, fundcounsel@gmail.com

In addition to the ECF service, each of the parties on the attached service list were served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ Philip V. Martino
Philip V. Martino, Trustee

Philip V. Martino
Thanhan Nguyen
**QUARLES & BRADY LLP**
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\39879570.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-16457<br>Northern District of Illinois<br>Chicago<br>Fri May 13 11:00:09 CDT 2016 | Illinois Department of Employment Security<br>33 S. State Street 10th Fl  Bkry Unit<br>Chicago, IN 60603-2808 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago IL 60664-0338 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Laborers' Pension and Health and Welfare<br>Patrick T. Wallace<br>Office of Fund Counsel<br>111 W. Jackson Blvd., Suite 1415<br>Chicago, IL 60604-3868 | Law Office of Jeffrey E. Crane, LLC<br>attn: Jeffrey E. Crane<br>1363 Shermer Rd., Suite 222<br>Northbrook, IL 60062-4575 |
| Western National Mutual Insurance Company<br>5350 West 78th Street<br>Edina, MN 55439-3101 | Wisconsin Department of Revenue<br>Special Processing Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Robert A. Paszta<br>6140 Joliet Road<br>Countryside, IL  60525 |

Robert A. Paszta
6141 Joliet Road
Countryside, IL  60525