JANET S. BAER

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                                §
                                      §
                                      §
HARD SURFACE CONTRACTORS LLC,         §    Case No. 15-16457
                                      §
                                      §
         Debtor                       §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 107,019.25<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  12,863.87 | Claims Discharged<br>Without Payment:  NA |
| Total Expenses of Administration:  27,136.13 | |

3) Total gross receipts of $ 40,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 40,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,136.13 | 27,136.13 | 27,136.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 297,936.55 | 297,936.55 | 12,863.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,574,825.73 | 117,671.13 | 117,671.13 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,574,825.73 | $ 442,743.81 | $ 442,743.81 | $ 40,000.00 |

    4)  This case was originally filed under chapter 7 on 05/08/2015 . The case was pending for 15 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2016            By:/s/PHILIP V. MARTINO
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 4,750.00 | 4,750.00 | 4,750.00 |
| ADAMS-LEVINE | 2300-000 | NA | 21.63 | 21.63 | 21.63 |
| QUARLES & BRADY LLP | 3110-000 | NA | 21,107.50 | 21,107.50 | 21,107.50 |
| QUARLES & BRADY LLP | 3120-000 | NA | 240.00 | 240.00 | 240.00 |
| POPOWCER KATTEN | 3410-000 | NA | 1,017.00 | 1,017.00 | 1,017.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,136.13 | $ 27,136.13 | $ 27,136.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | INTERNAT'L UNION OF OPERATING ENGIN | 5300-000 | NA | 1,088.64 | 1,088.64 | 125.88 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006A | LABORERS' PENSION & HEALTH & WELFAR | 5400-000 | NA | 44,149.36 | 44,149.36 | 5,105.10 |
| 000009A | LOCAL 150 IUOE VACATION SAVINGS PLA | 5400-000 | NA | 2,433.20 | 2,433.20 | 281.36 |
| 000008A | MIDWEST OPERATING ENGINEERS PENSION | 5400-000 | NA | 22,246.53 | 22,246.53 | 2,572.42 |
| 000012A | MIDWEST OPERATING ENGINEERS RETIREM | 5400-000 | NA | 2,635.88 | 2,635.88 | 304.79 |
| 000013A | MIDWEST OPERATING ENGINEERS WELFARE | 5400-000 | NA | 36,058.37 | 36,058.37 | 4,169.52 |
| 000014A | OPERATING ENGINEERS LOCAL 150 | 5400-000 | NA | 2,635.88 | 2,635.88 | 304.80 |
| 000007A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 7,077.91 | 7,077.91 | 0.00 |
| 000002A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 5,527.93 | 5,527.93 | 0.00 |
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 172,934.07 | 172,934.07 | 0.00 |
| 000004A | WISCONSIN DEPARTMENT OF REVENUE | 5800-000 | NA | 1,148.78 | 1,148.78 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 297,936.55 | $ 297,936.55 | $ 12,863.87 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10-S Court Solutions PO Box 656 Lake Forest, IL 60045 | | 20,000.00 | NA | NA | 0.00 |
| | 10-S Court Solutions PO Box 656 Lake Forest, IL 60045 | | 20,000.00 | NA | NA | 0.00 |
| | Allied Asphalt Paving 1100 Brandt Drive Hoffman Estates, IL 60192 | | 15,198.52 | NA | NA | 0.00 |
| | Allied Asphalt Paving 1100 Brandt Drive Hoffman Estates, IL 60192 | | 15,198.52 | NA | NA | 0.00 |
| | Arrow Road Construction 3401 S. Busse Road Mount Prospect, IL 60056 | | 20,000.00 | NA | NA | 0.00 |
| | Arrow Road Construction 3401 S. Busse Road Mount Prospect, IL 60056 | | 20,000.00 | NA | NA | 0.00 |
| | Aspen Exterior Co. 140 E. Northwest Highway Palatine, IL 60074 | | 1,442.18 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney Jeffrey E. Crane 1363 Shermer Road Suite 222 Northbrook, IL 60062 | | 15,025.00 | NA | NA | 0.00 |
| | Attorney Jeffrey E. Crane 1363 Shermer Road Suite 222 Northbrook, IL 60062 | | 15,025.00 | NA | NA | 0.00 |
| | Capital Construction Solutions Inc. 1701 Quincy Ave. Suite 8 Naperville, IL 60540 | | 50,000.00 | NA | NA | 0.00 |
| | Capital Construction Solutions Inc. 1701 Quincy Ave. Suite 8 Naperville, IL 60540 | | 50,000.00 | NA | NA | 0.00 |
| | City of Chicago Dept of Finance PO Box 88292 Chicago, IL 60680-1292 | | 75.00 | NA | NA | 0.00 |
| | City of Chicago Dept of Finance PO Box 88292 Chicago, IL 60680-1292 | | 75.00 | NA | NA | 0.00 |
| | Construction Data Company 2001 9th Avenue Suite 210 Vero Beach, FL 32960 | | 1,778.00 | NA | NA | 0.00 |
| | D.A.S. Enterprises 224 E. Devon Elk Grove Village, IL 60007 | | 525.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D.A.S. Enterprises 224 E. Devon Elk Grove Village, IL 60007 | | 525.00 | NA | NA | 0.00 |
| | DuPage Materials Co. 13769 Main Street Lemont, IL 60439 | | 75.00 | NA | NA | 0.00 |
| | DuPage Materials Co. 13769 Main Street Lemont, IL 60439 | | 75.00 | NA | NA | 0.00 |
| | Funds' Administative Offices 11465 Cermak Road Westchester, IL 60154 | | 117,322.83 | NA | NA | 0.00 |
| | Funds' Administative Offices 11465 Cermak Road Westchester, IL 60154 | | 117,322.83 | NA | NA | 0.00 |
| | Hard Surface Solutions Inc. 17950 W. Route 173 Suite B Old Mill Creek, IL 60083 | | 400,000.00 | NA | NA | 0.00 |
| | Hard Surface Solutions Inc. 17950 W. Route 173 Suite B Old Mill Creek, IL 60083 | | 400,000.00 | NA | NA | 0.00 |
| | I.D.E.S. Employer File Maintenance 33 S. State St., 10th Floor Chicago, IL 60603-2802 | | 5,679.04 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I.D.E.S. Employer File Maintenance 33 S. State St., 10th Floor Chicago, IL 60603-2802 | | 5,679.04 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | | 73,441.30 | NA | NA | 0.00 |
| | K-Five Construction 13769 Main Street Lemont, IL 60439 | | 10,145.86 | NA | NA | 0.00 |
| | K-Five Construction 13769 Main Street Lemont, IL 60439 | | 10,145.86 | NA | NA | 0.00 |
| | Nicor PO Box 5720 Atlanta, GA 31107-0720 | | 408.50 | NA | NA | 0.00 |
| | Nicor PO Box 5720 Atlanta, GA 31107-0720 | | 408.50 | NA | NA | 0.00 |
| | Ozinga PO Box 910 Frankfort, IL 60423 | | 36,437.20 | NA | NA | 0.00 |
| | Ozinga PO Box 910 Frankfort, IL 60423 | | 36,437.20 | NA | NA | 0.00 |
| | Super Mix 5435 Bull Valley Road McHenry, IL 60050 | | 15,000.00 | NA | NA | 0.00 |
| | Super Mix 5435 Bull Valley Road McHenry, IL 60050 | | 15,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vantage Sourcing PO Box 6786 Dothan, AL 36302 | | 0.00 | NA | NA | 0.00 |
| | Verizon Wireless Correspondence Team PO Box 5029 Wallingford, CT 06492 | | 865.51 | NA | NA | 0.00 |
| | Western National Insurance 5350 W. 78th Street Edina, MN 55439-3101 | | 4,844.49 | NA | NA | 0.00 |
| | Wisconsin Department of Revenue P.O. Box 8901 Madison, WI 53708-8901 | | 303.28 | NA | NA | 0.00 |
| 000011 | CONSTRUCTION INDUSTRY RESEARCH AND | 7100-000 | 1,778.00 | 1,617.12 | 1,617.12 | 0.00 |
| 000007B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 100.00 | 100.00 | 0.00 |
| 000002B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 698.51 | 698.51 | 0.00 |
| 000001B | INTERNAL REVENUE SERVICE | 7100-000 | 73,441.30 | 19,864.76 | 19,864.76 | 0.00 |
| 000006 | LABORERS' PENSION AND HEALTH AND W | 7100-000 | NA | 39,754.83 | 39,754.83 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | LAW OFFICE OF JEFFREY E. CRANE, LLC | 7100-000 | NA | 22,465.00 | 22,465.00 | 0.00 |
| 000009B | LOCAL 150 IUOE VACATION SAVINGS PLA | 7100-000 | 0.00 | 63.37 | 63.37 | 0.00 |
| 000008B | MIDWEST OPERATING ENGINEERS PENSION | 7100-000 | NA | 9,812.31 | 9,812.31 | 0.00 |
| 000012B | MIDWEST OPERATING ENGINEERS RETIREM | 7100-000 | NA | 1,269.17 | 1,269.17 | 0.00 |
| 000013B | MIDWEST OPERATING ENGINEERS WELFARE | 7100-000 | NA | 15,869.43 | 15,869.43 | 0.00 |
| 000014B | OPERATING ENGINEERS LOCAL 150 | 7100-000 | NA | 1,157.14 | 1,157.14 | 0.00 |
| 000005 | WESTERN NATIONAL MUTUAL INSURANCE C | 7100-000 | 4,844.49 | 4,844.49 | 4,844.49 | 0.00 |
| 000004B | WISCONSIN DEPARTMENT OF REVENUE | 7100-000 | 303.28 | 155.00 | 155.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,574,825.73 | $ 117,671.13 | $ 117,671.13 | $ 0.00 |

Form 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-16457 | JSB | Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | HARD SURFACE CONTRACTORS LLC, | | | Date Filed (f) or Converted (c): | 05/08/15 (f) |
| | | | | 341(a) Meeting Date: | 07/01/15 |
| For Period Ending: | 08/11/16 | | | Claims Bar Date: | 10/13/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHASE CHECKING ACCOUNT | 2,019.25 | 0.00 | | 0.00 | FA |
| 2. HARD SURFACE SOLUTIONS, INC. | 105,000.00 | 0.00 | | 0.00 | FA |
| 3. 2001 DYNAWELD TRAILER | 2,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 4. 2008 FELLING TRAILER | 1,500.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 5. 2010 REDI HAUL TRAILER | 2,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 6. 2007 MACK DUMPTRUCK | 55,000.00 | 2,857.18 | | 2,857.18 | FA |
| $4,500 returned to party who withdrew from auction. | | | | | |
| $40,00 paid for all 14 vehicles. | | | | | |
| 7. 2011 FORD PICKUP TRUCK #50 | 32,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 8. 2011 FORD PICKUP TRUCK #53 | 35,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 9. LEEBOY PAVER (CASEY EQUIPMENT) | 35,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 10. LEEBOY SPEC ENGINE | 15,992.00 | 2,857.14 | | 2,857.14 | FA |
| 11. SAKAI SW320 ROLLER | 20,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 12. WACKER RD11A/RD12A ROLLER | 1,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 13. 40" HIGH FLOW PLANER | 12,000.00 | 2,857.14 | | 2,857.14 | FA |
| $40,00 paid for all 14 vehicles. | | | | | |
| 14. P/U BROOM FOR CASE | 3,000.00 | 2,857.14 | | 2,857.14 | FA |
| 15. CONCRETE BREAKER FOR A SKIDSTEER | 3,000.00 | 2,857.14 | | 2,857.14 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Ver: 19.06a

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 15-16457 | JSB | Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | HARD SURFACE CONTRACTORS LLC, | | | Date Filed (f) or Converted (c): | 05/08/15 (f) |
| | | | | 341(a) Meeting Date: | 07/01/15 |
| | | | | Claims Bar Date: | 10/13/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $40,00 paid for all 14 vehicles. 16. 2010 FORD F250 P/U TRUCK $40,00 paid for all 14 vehicles. | 12,000.00 | 2,857.14 | | 2,857.14 | FA |
| TOTALS (Excluding Unknown Values) | $336,511.25 | $40,000.00 | | $40,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 06/30/16

          /s/    PHILIP V. MARTINO
_____   Date: 08/11/16
          PHILIP V. MARTINO

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-16457 -JSB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | HARD SURFACE CONTRACTORS LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0042  Checking Account |
| Taxpayer ID No: | *******4304 | | |
| For Period Ending: | 08/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  12/03/15 | 6 | Quarles & Brady Operating Account | Moneys received for purchase | | 44,500.00 | | 44,500.00 |
| | | QUARLES & BRADY | Memo Amount:  44,500.00 Moneys received for purchase | 1129-000 | | | |
| C  12/03/15 | 005001 | Gracewell Contracting Corporation | Return of Deposit for Auction Withdrew from auction | 1129-000 | | 4,500.00 | 40,000.00 |
| C  03/03/16 | 005002 | Adams-Levine 370 Lexington Avenue, Suite 1101 New York, NY  10017 | Pro Rata Share Bond #BSBGR6291 | 2300-000 | | 21.63 | 39,978.37 |
| C  06/15/16 | 005003 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 4,750.00 | 35,228.37 |
| C  06/15/16 | 005004 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 21,347.50 | 13,880.87 |
| | | | Fees     21,107.50 | 3110-000 | | | |
| | | | Expenses     240.00 | 3120-000 | | | |
| C  06/15/16 | 005005 | Popowcer Katten | Accountant for Trustee Fees (Other | 3410-000 | | 1,017.00 | 12,863.87 |
| C  06/15/16 | 005006 | INTERNAT'L UNION OF OPERATING ENGINEERS LOCAL 150, AFL-CIO Institute for Worker Welfare, P.C. 6141 Joliet Road Countryside, IL 60525 | Claim 000010, Payment 11.56305% | 5300-000 | | 125.88 | 12,737.99 |
| C  06/15/16 | 005007 | Laborers' Pension & Health & Welfare | Claim 000006A, Payment 11.56325% | 5400-000 | | 5,105.10 | 7,632.89 |
| C  06/15/16 | 005008 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD COUNTRYSIDE, IL 60525 | Claim 000008A, Payment 11.56324% | 5400-000 | | 2,572.42 | 5,060.47 |
| C  06/15/16 | 005009 | LOCAL 150 IUOE VACATION SAVINGS PLAN INSTITUTE FOR WORKER WELFARE, PC | Claim 000009A, Payment 11.56337% | 5400-000 | | 281.36 | 4,779.11 |

Page Subtotals     44,500.00     39,720.89

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)**  *(Page: 14)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-16457 -JSB | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | HARD SURFACE CONTRACTORS LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0042  Checking Account |
| Taxpayer ID No: | *******4304 | | |
| For Period Ending: | 08/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/15/16 | 005010 | 6141 JOLIET ROAD<br>COUNTRYSIDE, IL 60525<br>MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT FUND<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, IL 60525 | Claim 000012A, Payment 11.56312% | 5400-000 | | 304.79 | 4,474.32 |
| C  06/15/16 | 005011 | MIDWEST OPERATING ENGINEERS WELFARE FUND<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, IL 60525 | Claim 000013A, Payment 11.56325% | 5400-000 | | 4,169.52 | 304.80 |
| C  06/15/16 | 005012 | OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND<br>Institute for Worker Welfare, P.C.<br>6141 Joliet Road<br>Countryside, IL 60525 | Claim 000014A, Payment 11.56350% | 5400-000 | | 304.80 | 0.00 |

```
                Memo Allocation Receipts:         44,500.00      COLUMN TOTALS                    44,500.00    44,500.00        0.00
                Memo Allocation Disbursements:         0.00         Less: Bank Transfers/CD's          0.00        0.00
* Reversed                                                      Subtotal                          44,500.00    44,500.00
t Funds Transfer    Memo Allocation Net:          44,500.00        Less: Payments to Debtors                       0.00
C Bank Cleared                                                  Net                               44,500.00    44,500.00
                                                                                                                           NET          ACCOUNT
                Total Allocation Receipts:        44,500.00     TOTAL - ALL ACCOUNTS          NET DEPOSITS   DISBURSEMENTS   BALANCE
                Total Allocation Disbursements:        0.00     Checking Account - *******0042    44,500.00    44,500.00        0.00

                Total Memo Allocation Net:        44,500.00                                       44,500.00    44,500.00        0.00
                                                                                              ============  ============  ============

                                                                            Page Subtotals            0.00     4,779.11
```

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-16457 -JSB | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | HARD SURFACE CONTRACTORS LLC, | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******0042  Checking Account |
| Taxpayer ID No: | *******4304 |  |  |
| For Period Ending: | 08/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*